144 A.3d 707

**DORSEY, Joseph Emmanuel**

v.

**STATE of Maryland**

**Pet. Docket No. 205, Sept. Term, 2016**

Court of Appeals of Maryland.

August 22, 2016

Petition for writ of certiorari denied.

■

144 A.3d 707

**DOYLE**

v.

**VASSALLO**

**Pet. Docket No. 193, Sept. Term, 2016**

Court of Appeals of Maryland.

August 22, 2016

Petition for writ of certiorari denied.